UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81083-RYSKAMP/VITUNAC

EILEEN GOFF,
individually and on behalf of
persons similarly situated,

       Plaintiff,

v.

BETHESDA MEMORIAL HOSPITAL, INC.,
a Florida corporation; BETHESDA HEALTHCARE
SYSTEM INC., a Florida corporation; BETHESDA
PAYROLL SERVICES, INC., a Florida corporation;
and XYZ ENTITIES 1-10 (fictitious names of unknown
liable entities),

       Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, EILEEN GOFF, hereby advises the Court that the parties reached agreement at

Mediation on January 10, 2012 to resolve all claims in this case and anticipate filing all

necessary documents for the Court to review the parties' agreement within the next twenty (20)

days.

Dated: January 13, 2012              Respectfully submitted,
      Boca Raton, Florida

                                    **s/KEITH M. STERN**
                                    Keith M. Stern
                                    Florida Bar No. 321000
                                    E-mail: kstern@shavitzlaw.com
                                    Gregg I. Shavitz
                                    Florida Bar No. 11398
                                    Email: gshavitz@shavitzlaw.com
                                    SHAVITZ LAW GROUP, P.A.
                                    1515 South Florida Hwy, Suite 404
                                    Boca Raton, Florida 33432
                                    Telephone:  (561) 447-8888
                                    Facsimile:  (561) 447-8831
                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

<u>s/KEITH M. STERN</u>
Keith M. Stern

### SERVICE LIST
**Eileen Goff v. Bethesda Memorial Hospital, Inc., et al.**
**CASE NO. 10-81083-RYSKAMP/VITUNAC**
**United States District Court Southern District of Florida**

Michael W. Casey, III
Fl. Bar No.  141430
E-mail: MWCasey@duanemorris.com
Teresa M. Maestrelli
Fl. Bar No.  0059775
Email: TMMaestrelli@duanemorris.com
Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL  33131-2318
Tel: 305-960 2200
Fax: 305-960-2201
Counsel for Defendants, BETHESDA MEMORIAL HOSPITAL, INC., BETHESDA HEALTHCARE SYSTEM, INC. and BETHESDA PAYROLL SERVICES, INC.
Served via CM/ECF