UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-81083-RYSKAMP/VITUNAC

EILEEN GOFF et al.,

    Plaintiffs,

v.

BETHESDA MEMORIAL
HOSPITAL, INC. et al.,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AND CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' joint motion for settlement approval and dismissal with prejudice **[DE 105]** filed on February 28, 2012. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See id.* at 1354. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** that the settlement agreement **[DE 105-2]** is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties. The Court shall retain jurisdiction solely for the

1

purpose of enforcing the terms of the settlement agreement.  The Clerk of the Court is directed to **CLOSE** this case and to **DENY** any pending motions as **MOOT**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 1 day of March, 2012.

                                  /s/ Kenneth L. Ryskamp
                                  KENNETH L. RYSKAMP
                                  UNITED STATES DISTRICT JUDGE